No. 74–5375. SNYDER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5385. ELI v. BRITT, WARDEN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5447. HAYES v. CADY, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–78. PREISER, CORRECTIONAL COMMISSIONER OF NEW YORK, ET AL. v. WILLIAMS. C. A. 2d Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.